Case 3:22-cv-00390   Document 4   Filed on 11/08/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 08, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MAERSK TANKERS MR K/S, *Plaintiff*, v. M/T SWIFT WINCHESTER (IMO No. 9470909), her engines, tackle, appurtenances, etc., *in rem*, and Winchester Shipping Inc., *in personam*, *Defendants*. | § § § § § § § § § § § § § § | C.A. No. 3:22-cv-00390 In Admiralty Pursuant to Rule 9(h) |

## WARRANT TO SEIZE A VESSEL

TO:   The United States Marshal

You are commanded immediately to arrest the M/T SWIFT WINCHESTER (IMO No. 9470909), her equipment and appurtenances, and to serve a copy of the Verified Complaint and this Warrant on the person in possession of the vessel or his agent, and promptly to return this writ.

**CLERK OF COURT**

Dated: 11/08/2022

By: _____
Deputy Clerk