United States District Court
Southern District of Texas
**ENTERED**
March 03, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MAERSK TANKERS MR K/S, § <br> § <br> Plaintiff § <br> § <br> v. § <br> § <br> P.M.I. TRADING DAC § <br> § <br> Intervenor Plaintiff, § <br> § <br> v. § <br> § <br> M/T SWIFT WINCHESTER § <br> (IMO No. 9470909), her engines, § <br> tackle, appurtenances, etc., *in rem*, and § <br> WINCHESTER SHIPPING INC., § <br> *in personam*, § <br> § <br> Defendants. § | C.A. NO. 3:22-CV-00390 <br> In Admiralty <br> Rule 9(h) |

**ORDER GRANTING MOTION AND AUTHORIZING THE ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

Having reviewed and considered the Motion for the Issuance of Process of Maritime Attachment and Garnishment of Plaintiff Maersk Tankers MR K/S, Plaintiff's Amended Verified Complaint and exhibits, together with the Affidavit of Kevin P. Walters, and finding that the conditions of Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure appear to exist, the Court hereby:

ORDERS the Clerk to issue Process of Maritime Attachment and Garnishment pursuant to Rule B directing the United States Marshal for the Southern District of Texas to attach and seize in the amount sued for, with interest accruing, the property of Defendant

Winchester Shipping Inc. ("Winchester"), specifically including the Substitute Security Funds deposited by Winchester into the Court Registry Investment System (CRIS) on November 10, 2022, up to the amount of $7,355,000.00 belonging to, due or being transferred to, from or for the benefit of Winchester, including, but not limited to such property as may be held, received or transferred in Winchester's name or as may be held, received or transferred for its benefit of, moving through, or within the possession, custody or control of any garnishees within this District, and further Winchester; and further

ORDERS that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further order of the Court; and further

ORDERS that following initial service by the U.S. Marshal upon the garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by facsimile transmission or other verifiable electronic means, including email, to the garnishee; and further

ORDERS that service on any garnishee as described above is deemed effective continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day; and further

ORDERS that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) the garnishee may consent, in writing, to accept service by any other means; and further

ORDERS that any person claiming an interest in the property attached pursuant to this Order, upon application to the Court, be entitled to a prompt hearing in which Plaintiff shall be required to show why the attachment should not be vacated or further relief granted. In order to afford an opportunity for an expeditious hearing of any objections

which might be raised by Defendant, the Court hereby directs the U.S. Marshal to notify Defendant that a hearing before this Court may be set by calling the case manager of the undersigned.

Plaintiff agrees to release, hold harmless, and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility from claims arising from or associated with the attachment.

SIGNED at Galveston, Texas on ___March 3___, 2023.

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE